

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2015

No. 04-14-00579-CV

Jay Kay **BEAR** Ltd,
Appellant

v.

Patty **MARTIN**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-11890
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

    Before the Court is Appellant Jay Kay Bear's motion for a thirty-day extension to file a motion for rehearing. The motion is granted in part. Appellant must file the motion for rehearing on or before December 4, 2015. No further extensions of time will be allowed.

_____
Jason Pulliam, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of November, 2015.

_____
Keith E. Hottle
Clerk of Court